IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIN PLUMMER<br>Plaintiff | CIVIL ACTION |
| vs. | |
| RESURGENT CAPITAL SERVICES, LP<br>Defendant | NO. 09-211 |

## STIPULATION OF DISMISSAL

AND NOW, this 26th day of March, 2009, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ *Brent F. Vullings, Esq.*
Brent F. Vullings, Esquire
Attorney for Plaintiff

Stern and Eisenberg, LLP

BY: _____
Steven K. Eisenberg, Esq.
Attorney for Defendant